

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Harold L. Graves, Jr., Appellant

No. 06-13-00233-CR     v.

The State of Texas, Appellee

Appeal from the 297th District Court of Tarrant County, Texas (Tr. Ct. No. 1338568R). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of conviction for murder in the court below. We affirm the judgment of the trial court.

Also as stated in the Court's opinion of this date, we find reversible error in the judgment of conviction for tampering in the court below. We reverse the judgment of conviction for tampering and enter a judgment of acquittal.

We order that the appellant, Harold L. Graves, Jr., pay all costs of this appeal only as pertaining to the judgment of conviction for murder.

We order that the appellee, the State of Texas, pay all costs of this appeal only as pertaining to the judgment of acquittal for tampering.

RENDERED DECEMBER 11, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk